UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| APRIL N. BELL, | Case No. 23-CV-2237 (PJS/JFD) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL SEGAL, | |
| Respondent. | |

The Court has received the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Dkt. No. 18.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

1. .The Report and Recommendation (Dkt. No. 18) is **ADOPTED**;

2. Petitioner April N. Bell's Petition for Writ of Habeas Corpus under Section 2241, (Dkt. No. 1), is **DENIED**;

3. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 21, 2024                     s/Patrick J. Schiltz
                                         Patrick J. Schiltz, Chief Judge
                                         United States District Court

1